195 So.2d 646

**MARTIN TIMBER COMPANY, Inc.**

**v.**

**Ota Geneal Smelley Dunn BRUM-METTE et al.**

**No. 48595.**

March 10, 1967.

In re: Martin Timber Company, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bienville. 194 So.2d 136.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

195 So.2d 646

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY**

**v.**

**Mrs. Florence E. ST. CLAIR.**

**No. 48597.**

March 10, 1967.

In re: Mrs. Florence E. St. Clair applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Mary. 193 So.2d 821.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.